IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Joe Hand Promotions, Inc., | NO. C 10-04177 JW |
| Plaintiff, | **ORDER REQUIRING SUPPLEMENTAL EVIDENCE RE: REQUEST FOR FEES AND COSTS** |
| v. | |
| Sean Paul Croce d.b.a. Croce's Eatery, Inc., | |
| Defendant. | |

Presently before the Court is Plaintiff's Motion for Default Judgment.[1] In its Motion, Plaintiff requests attorney fees and costs. (Id.) However, upon review, Plaintiff has not provided an accounting of attorney fees or costs in any of its filings. (See Docket Item No. 12.)

Accordingly, on or before **March 25, 2011**, Plaintiff shall file a supplemental declaration and provide an account of its request for attorney fees and costs. Failure to timely file the required accounting is deemed to be a waiver of fees and costs.

Dated: March 24, 2011

JAMES WARE
United States District Chief Judge

---

[1] (Notice of Application and Application for Default Judgment by the Court, hereafter, "Application," and Memorandum of Points and Authorities in Support of Plaintiff's Application for Default Judgment by the Court, hereafter, "Motion," Docket Item No. 12.)

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Thomas Peter Riley TPRLAW@att.net

**Dated: March 24, 2011**  **Richard W. Wieking, Clerk**

　　　　　　　　　　　　　　　　　　　　　　　　　**By:   /s/ JW Chambers**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　**Elizabeth Garcia**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　**Courtroom Deputy**