IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Joe Hand Promotions, Inc., | NO. C 10-04177 JW |
| Plaintiff, | **JUDGMENT** |
| v. | |
| Sean Paul Croce, d.b.a Croce's East Coast Eatery, et al., | |
| Defendants. | |

Pursuant to the Court's April 4, 2011 Order Granting Plaintiff's Motion for Default Judgment, judgment is entered in favor of Plaintiff Joe Hand Productions, Inc. against Defendants Sean Paul Croce and Croce's Eatery, Inc., d.b.a. Croce's East Coast Eatery.

Judgment is entered against Defendants for a total amount of $4,303.73 which consists of: $1,000 in statutory damages under 47 U.S.C. § 605, $1,200 in compensatory damages for conversion, $1,115 in costs and $988.73 in attorney fees.

The Clerk shall close this file.

Dated: April 4, 2011

JAMES WARE
United States District Chief Judge

**United States District Court**
For the Northern District of California

1  **THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

2  Thomas Peter Riley TPRLAW@att.net

3

4  **Dated:  April 4, 2011**                                                **Richard W. Wieking, Clerk**

5                                                                                          **By:      /s/ JW Chambers                        **
                                                                                                    **Elizabeth Garcia**
6                                                                                                   **Courtroom Deputy**

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28